UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  MAGISTRATE NO.: 24-1136

V.  :  CRIMINAL ACTION

Darrell Evans  :  ORDER OF RELEASE

:

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

- [✓] Reporting, as directed, to U.S. Pretrial Services;
- [ ] Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;
- [ ] Mental Health testing/treatment as directed by U.S. Pretrial Services:
- [✓] The defendant shall appear at all future court proceedings;
- [ ] Other:

_____    8/15/2024
DEFENDANT                                          DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Andrea Dechenne Bergman
U.S. MAGISTRATE JUDGE

DATE  8.15.24